NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS (CBN 248634)
Assistant United States Attorney
Chief, Financial Litigation Section
ROBERT I. LESTER (CBN 116429)
Assistant United States Attorney
    Federal Building, Suite 7516AA
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-2464
    Facsimile:  (213) 894-7819
    Email: Robert.Lester@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LENNY KYLE DYKSTRA,<br><br>        Defendant. | **No. CV 19-7073**<br><br>[CR 11-0415-DDP]<br><br>**UNITED STATES OF AMERICA'S APPLICATION FOR ISSUANCE OF:**<br><br>**WRIT OF CONTINUING GARNISHMENT TO GARNISHEE PENSION COMMITTEE OF THE MAJOR LEAGUE BASEBALL PLAYERS PENSION PLAN**<br>[28 U.S.C. § 3205(b)]<br><br>**and**<br><br>**CLERK'S NOTICE OF ENFORCEMENT TO DEBTOR**<br>[28 U.S.C. § 3202(b)] |

The United States of America, in accordance with 28 U.S.C. § 3205(b)(1), applies for a Court Order Issuing a Writ of Continuing Garnishment in order to secure payment on the criminal judgment debt entered in *United States v. Lenny Kyle Dykstra*, CR 11-0415-DDP.  In connection with this request, the United States also seeks the issuance of a Clerk's Notice pursuant to 28 U.S.C. § 3202(b), as prepared and submitted by the United States as an attachment to this application.

On or about December 6, 2012, the District Court of the United States in the Central District of California entered an order imposing the following criminal judgment debt:

- Restitution: $200,000.00
- Special assessment: $300.00

The defendant-judgment debtor is Lenny Kyle Dykstra, Social Security Number XXX-XX-4486, last known address in Murrieta, California.

As of August 12, 2019, Defendant's criminal debt balance is $153,175.02. Demand for payment of the above-stated debt was made upon Defendant more than thirty (30) days before the date of this application, and Defendant has not paid the amount due.

Garnishee Pension Committee of the Major League Baseball Players Pension Plan is believed to owe or will owe, money or property to Defendant, or is in possession of property of Defendant, and Defendant has a substantial nonexempt interest in the property.  Specifically, it is believed that funds, assets, or property belonging to Lenny Kyle Dykstra are currently in Pension Committee of the Major League Baseball Players Pension Plan's custody, control, or possession.  By and through this Writ of Garnishment, the United States seeks to take the funds or property from Lenny Kyle Dykstra currently held by Pension Committee of the Major League Baseball Players Pension Plan to secure payment towards the criminal judgment debt.  28 U.S.C. § 3205(b)(1)(C).

///

The name and address of Garnishee or the Garnishee's authorized agent is:

**Pension Committee of the Major League Baseball Players Pension Plan**
**Attn:  Linda Way-Smith, Esq.**
**911 Ridgebrook Rd.**
**Sparks, Maryland 21152**

Dated:  August 13, 2019.                    Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS
Assistant United States Attorney
Chief, Financial Litigation Section

　/s/ *Robert I. Lester*
ROBERT I. LESTER
Assistant United States Attorney

Attorneys for Plaintiff
United States of America