1  NICOLA T. HANNA
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
4  BRENDAN T. MOCKLER (CBN 302083)
   Assistant United States Attorney
5  Chief, Financial Litigation Section
6  ROBERT I. LESTER (CBN 116429)
   Assistant United States Attorney
7        Federal Building, Suite 7516AA
         300 North Los Angeles Street
8        Los Angeles, CA 90012
         Telephone: (213) 894-2464
9        Facsimile:  (213) 894-7819
         Email: Robert.Lester@usdoj.gov
10
11 Attorneys for Plaintiff
   United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 19-7073-DDP |
|---|---|
| Plaintiff, | [CR 11-0415-DDP] |
| v. | **UNOPPOSED** *EX PARTE* **APPLICATION OF UNITED STATES FOR ORDER EXTENDING TIME FOR BRIEFING RE WRIT OF CONTINUING GARNISHMENT;** |
| LENNY KYLE DYKSTRA, | |
| Defendant. | |
| | **MEMORANDUM OF POINTS AND AUTHORITIES;** |
| | **DECLARATION;** |
| | [Proposed] **ORDER.** |
| | [Pension Committee of the Major League Baseball Players Pension Plan] |
| | **[28 U.S.C. § 3205(c)(7)]** |

**UNOPPOSED *EX PARTE* APPLICATION OF UNITED STATES FOR ORDER EXTENDING TIME FOR BRIEFING RE WRIT OF CONTINUING GARNISHMENT**

The United States respectfully requests that the Court extend the deadlines (1) for interested party (Defendant's former wife, Terri Dykstra), and for garnishee Pension Committee of the Major League Baseball Players Pension Plan ("Garnishee") to file briefs, if any, in response to the Writ of Continuing Garnishment, from July 10, 2020 to August10, 2020; and (2) for the United States to file a reply, if any, from July 31, 2020 to August 31, 2020.

Counsel for Ms. Dykstra and for Garnishee both consent to this Application for extension of time.  Declaration of Robert I. Lester, ¶ 2.

The reasons for this Unopposed *Ex Parte* Application are set forth in the Lester Declaration, ¶ 3.

This Unopposed *Ex Parte* Application is based on the *Ex Parte* Application, the Memorandum of Points and Authorities and Declaration thereto, and on the records in this case.

DATED:  July 10, 2020.

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
BRENDAN T. MOCKLER
Assistant United States Attorney
Chief, Financial Litigation Section

  /s/ *Robert I. Lester*
ROBERT I. LESTER
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

**MEMORANDUM OF POINTS AND AUTHORITIES**

The reasons for the United States's Unopposed *Ex Parte* Application are set forth in the attached Lester Declaration, ¶ 3.

DATED:  July 10, 2020.                    Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
BRENDAN T. MOCKLER
Assistant United States Attorney
Chief, Financial Litigation Section

   /s/ *Robert I. Lester*
ROBERT I. LESTER
Assistant United States Attorney

Attorneys for Plaintiff
United States of America